UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

CHRISTOPHER J. VELTHUYSEN,

        Plaintiff,                      Case No. 2:17-cv-71

v.                                           Honorable Paul L. Maloney

W. HENDERSON et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   April 28, 2017                /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge